Parker Daniels Kibort, LLC
9320 East Raintree Drive
Scottsdale, AZ 85260
BY: Andrew D. Parker (# 028314)
Telephone: (480) 739-2966
Email: parker@parkerdk.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kaylee Nye, | Case No. 2:17-cv-3097-JJT |
| Plaintiff, | |
| v. | **NOTICE** |
| | **OF** |
| Fisher & Burns Financial, LLC, | **SETTLEMENT** |
| Defendant. | |

Defendant Fisher & Burns Financial, LLC, through counsel, and pursuant to Local Rule 40.2(d), hereby gives notice of settlement of the above-captioned matter. The parties, through their respective counsel, will file a stipulation for dismissal of this action with prejudice once all of the settlement terms have been satisfied, which is scheduled to occur on or before January 16, 2018.

**Dated: December 1, 2017**     **PARKER DANIELS KIBORT, LLC**

    s/Andrew D. Parker
Andrew D. Parker (Reg. No. 028314)
Anthony G. Edwards (admitted *pro hac vice*)
Telephone: (480) 739-2966
Facsimile: (612) 355-4101
parker@parkerdk.com
edwards@parkerdk.com
9320 East Raintree Drive
Scottsdale, Arizona 85260

**ATTORNEYS FOR DEFENDANT**