NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kaylee Nye, | No. CV-17-03097-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Fisher & Burns Financial LLC, | |
| Defendant. | |

UPON review of the parties' Stipulation of Dismissal With Prejudice (Doc. 18), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 18). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 19th day of January, 2018.

_____
Honorable John J. Tuchi
United States District Judge